IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC WONG,<br><br>*Plaintiff*,<br><br>v.<br><br>WINDAM, INC., d/b/a UNCOMMON GROUNDS, a Minnesota business corporation; and DALE W. LEE,<br><br>*Defendants*. | Case No.  0:14-cv-00221-PJS-JJK<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that all claims asserted in the above-captioned case may be dismissed with prejudice and on the merits, and that this Court may enter an Order dismissing the action with prejudice and without costs, expenses, or disbursements to any party.

Dated:    March 6, 2014

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**


By:      /s/ Julie A. Doherty
Julie A. Doherty (#237875)
jdoherty@fwhtlaw.com
Lucas T. Clayton (#0391052)
lclayton@fwhtlaw.com
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Phone: (612) 359-7602
***Attorneys for Defendants Windham, Inc. and Dale W. Lee***

Dated:      March 7, 2014

**CLASS JUSTICE PLLC**


By:   /s/ Paul R. Hansmeier
Paul R. Hansmeier (#387795)
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
E-mail: mail@classjustice.org
Phone: (612) 326-9801
***Attorney for Plaintiff Eric Wong***